**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **JUAN ROBERTO ALBINO**, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> **LEE BACA, Los Angeles County Sheriff; LOS ANGELES COUNTY**, <br><br> Defendants - Appellees. | No. 10-55702 <br><br> D.C. No. 2:08-cv-03790-GAF-MLG <br><br> **ORDER** |

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.